**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
**MENDEL GRATT,** on behalf of himself and all
other similarly situated consumers**,**

                **Plaintiff,**

                                                                                    <u>CV 12-5239 (ARR)</u>

              **-against-**

**VIKING CLIENT SERVICES, INC.,**

              **Defendants.**
-------------------------------------------------------------------------x

### <u>NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFFS PURSUANT TO RULE 41(a)(1)(A)(i)</u>

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendant has neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action against the Defendant.

| | |
|---|---|
| Dated:  New York, New York<br>         December 21, 2012 | Respectfully submitted,<br><br>LAW OFFICES OF DAVID PALACE<br><br>By: <u>/s/ David Palace</u><br>383 Kingston Ave, #113<br>Brooklyn, NY 11213<br>Tel: (347) 651-1077<br>Fax: (347) 464-0012<br><br>*Attorneys for Plaintiff* |